| 06/23/2020 | TUESDAY | Judge David W Hercher |
|---|---|---|

**9:00 AM 20-30871 dwh 7 bk**    **Brandie Lyn Ashe**

**Continued Hearing on Order to Show Cause Re: Dismissal, Conversion, or Other Relief - Debtor(s) Has Filed Multiple Cases (13)**

Evidentiary Hearing:    Yes: ☐    No: ☑

No one was present at 9:00 a.m. or at 10:00 a.m.  Taken under advisement.

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

DOCKET ENTRY:

Run Date: 06/23/20