Below is an opinion of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Brandie Lyn Ashe,**<br><br>Debtor. | Case No. 20-30871-dwh7<br><br>MEMORANDUM DECISION RE MOTION FOR ORDER TO SHOW CAUSE<br><br>NOT FOR PUBLICATION |

On April 22, 2020, I issued an Order to Show Cause [13], requiring debtor, Brandie Lyn Ashe, to appear and show cause why the court should not prohibit her for filing another bankruptcy case for one year, for the reasons set forth in the OSC.

I held hearings on the OSC on May 26 and June 23, 2020. Ashe did not appear at either hearing. The letter that she sent to the trustee [21] did not address the OSC's reasons for a proposed refiling bar. I nonetheless exercise my discretion to shorten the period of the refiling bar to six months.

Page 1 – MEMORANDUM DECISION RE MOTION FOR ORDER TO SHOW CAUSE

For these reasons, I will enter an order prohibiting Ashe from filing another bankruptcy petition before October 23, 2020, one day after six months after this case was dismissed.

# # #

cc: Brandie Lyn Ashe